## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ROXANNE COVINGTON, | : | CIVIL ACTION |
|  | : |  |
| Plaintiff, | : | No. 24-cv-1571-JMY |
|  | : |  |
| v. | : |  |
|  | : |  |
| PLYMOUTH TOWNSHIP POLICE DEPARTMENT, *et al.* |  |  |
|  |  |  |
| Defendants. |  |  |

## ORDER

AND NOW, this 18th day of April, 2025, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 25), for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that said Motion is **GRANTED in PART** and **DENIED in PART** as follows:

1.  As to Count One, summary judgment for Defendants is **GRANTED**;

2.  As to Count Two, summary judgment for Defendants is **GRANTED** for Plaintiff's First Amendment claim under Section 1983. Summary judgment is **DENIED** for Plaintiff's Fourth and Fourteenth Amendment claims under Section 1983;

3.  As to Count Three, summary judgment for Defendants is **GRANTED**;

4.  As to Count Four, summary judgment for Defendants is **DENIED**; and

5.  As to punitive damages, summary judgment for Defendants is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Strike (ECF No. 35) is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**